

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00789-CV

Diana **FARIAS**,
Appellant

v.

Ramon **JUAREZ**, Lydia Ramos and Pro Builders, Inc.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CVF-001006-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portions of the trial court's judgment granting the no evidence motion for summary judgment as to appellant's claim for breach of contract against Pro Builders, Inc. and appellant's claim for fraud in a real estate transaction are REVERSED, and those claims are REMANDED to the trial court for further proceedings. The remainder of the trial court's judgment is AFFIRMED. It is ORDERED that appellant Diana Farias recover her costs of this appeal from appellees Ramon Juarez, Lydia Ramos and Pro Builders, Inc.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice